Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 18−30594−ABA
                            Chapter: 13
                            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric N. Gandy
   40 Madison Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1928

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/19/18
Time:           10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 30, 2018
JAN: dmb

                                                         Jeanne Naughton
                                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30594-ABA
Eric N. Gandy                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 30, 2018
                              Form ID: 132             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
```
db         +Eric N. Gandy,    40 Madison Lane,    Sicklerville, NJ 08081-4409
517816555  +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517816566  +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517816568  +Peter E. Meltzer, Esquire,    Weber & Gallagher,    2000 Market Street,    Suite 1300,
             Philadelphia, PA 19103-3204
517816570  +Quicken Loans,    c/o Rebecca A. Solarz, Esq.,    216 Haddon Ave., Ste 406,
             Westmont, NJ 08108-2812
517816571  +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 220,    Liverpool, NY 13088-0220
517816572  +Santander Consumer USA,    Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2018 23:49:42      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2018 23:49:39      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517816556       E-mail/Text: bankruptcy@bbandt.com Oct 30 2018 23:49:11      Bb&t,    Attn: Bankruptcy,
             Po Box 1847,    Wilson, NC 27894
517816557      +E-mail/Text: bankruptcy@bbandt.com Oct 30 2018 23:49:11      BB&T Corporation,
             Attn: Bankruptcy Dept,    200 West Second Street,    Winston-Salem, NC 27101-4049
517816558      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2018 23:45:37      Capital One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517816559      +E-mail/Text: bankruptcy@cavps.com Oct 30 2018 23:49:55      Cavalry Portfolio Services,
             Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517822419      +E-mail/Text: bankruptcy@cavps.com Oct 30 2018 23:49:55      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517816560      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 30 2018 23:50:20      Ccs Collections,
             725 Canton St,    Norwood, MA 02062-2679
517816561      +E-mail/Text: bk.notifications@jpmchase.com Oct 30 2018 23:49:30      Chase Auto Finance,
             National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517816562      +E-mail/Text: bankruptcy@connexuscu.org Oct 30 2018 23:50:23      Connexus Cu,    Attn: Bankruptcy,
             Po Box 8026,    Wausau, WI 54402-8026
517816563      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 30 2018 23:45:04      Credit One Bank,
             Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517816565       E-mail/Text: mrdiscen@discover.com Oct 30 2018 23:48:52      Discover Financial,    Po Box 15316,
             Wilmington, DE 19850
517831175       E-mail/Text: mrdiscen@discover.com Oct 30 2018 23:48:52      Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517816567      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Oct 30 2018 23:50:33      Mabt - Genesis Retail,
             Bankcard Services,    Po Box 4477,    Beaverton, OR 97076-4401
517816569      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2018 00:07:26
             Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517832980       E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2018 23:49:33
             Quantum3 Group LLC as agent for,    Aqua Finance,    PO Box 788,    Kirkland, WA 98083-0788
517818526      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2018 23:44:55      Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517816574      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2018 23:46:12      Synchrony Bank/Walmart,
             Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 18
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517816564    ##+Cumberland County Prob,    Po Box 636,    Bridgeton, NJ 08302-0438
517816573    ##+Susquehanna Bank Pa,    13511 Label Ln,    Hagerstown, MD 21740-2466
                                                                                  TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 2 of 2               Date Rcvd: Oct 30, 2018
                              Form ID: 132               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Eric N. Gandy andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 4
```