**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**ANDREW B. FINBERG, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
525 Route 73 South, Ste. 200
Marlton, NJ 08053
(856)988-9055
**Attorney for Debtor(s)**

In Re:

**ERIC N. GANDY**

**Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-30594

Adv. No.:

Hearing Date:

Judge: ABA

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor: Eric N. Gandy**
**Case No: 18-30594**
**Caption of Order:** Order Extending the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is extended, effective immediately.