UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ANDREW B. FINBERG, ESQ.**
**LAW OFFICES OF ANDREW B. FINBERG, LLC**
**525 Route 73 South, Ste. 200**
**Marlton, NJ 08053**
**(856)988-9055**
**Attorney for Debtor(s)**

In Re:

**ERIC N. GANDY**

Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-30594

Adv. No.:

Hearing Date:

Judge: ABA

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor:** Eric N. Gandy
**Case No:** 18-30594
**Caption of Order:** Order Extending the Automatic Stay

---

Upon consideration of the Debtors' Motion for Order to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(a) as to all creditors and good cause appearing therefore, it is hereby;

**ORDERED** that the automatic stay is extended, effective immediately.

United States Bankruptcy Court
District of New Jersey

In re:  
Eric N. Gandy  
     Debtor

Case No. 18-30594-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 14, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db          +Eric N. Gandy,    40 Madison Lane,    Sicklerville, NJ 08081-4409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
         Andrew B. Finberg     on behalf of Debtor Eric N. Gandy andy@sjbankruptcylaw.com,  
          abfecf@gmail.com;finbergar39848@notify.bestcase.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor     Quicken Loans Inc. rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 4