Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−30594−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric N. Gandy
   40 Madison Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1928

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2019
JAN: bc

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Eric N. Gandy  
    Debtor

Case No. 18-30594-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: May 22, 2019  
                       Form ID: 148      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.

```
db            +Eric N. Gandy,    40 Madison Lane,    Sicklerville, NJ 08081-4409
aty           +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
517816555     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517816566     +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517816568     +Peter E. Meltzer, Esquire,    Weber & Gallagher,    2000 Market Street,    Suite 1300,
                Philadelphia, PA 19103-3204
517816570     +Quicken Loans,    c/o Rebecca A. Solarz, Esq.,    216 Haddon Ave., Ste 406,
                Westmont, NJ 08108-2812
517816571     +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 220,    Liverpool, NY 13088-0220
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:00     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:55     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517816556      E-mail/Text: bankruptcy@bbandt.com May 23 2019 00:14:28     Bb&t,    Attn: Bankruptcy,
                Po Box 1847,    Wilson, NC 27894
517816557     +E-mail/Text: bankruptcy@bbandt.com May 23 2019 00:14:28     BB&T Corporation,
                Attn: Bankruptcy Dept,    200 West Second Street,    Winston-Salem, NC 27101-4019
517816558     +EDI: CAPITALONE.COM May 23 2019 03:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
517816559     +E-mail/Text: bankruptcy@cavps.com May 23 2019 00:15:16     Cavalry Portfolio Services,
                Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517822419     +E-mail/Text: bankruptcy@cavps.com May 23 2019 00:15:16     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517816560     +EDI: CCS.COM May 23 2019 03:48:00      Ccs Collections,    725 Canton St,
                Norwood, MA 02062-2679
517816561     +EDI: CAUT.COM May 23 2019 03:48:00      Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
517816562     +E-mail/Text: bankruptcy@connexuscu.org May 23 2019 00:15:46     Connexus Cu,    Attn: Bankruptcy,
                Po Box 8026,    Wausau, WI 54402-8026
517816563     +EDI: RCSFNBMARIN.COM May 23 2019 03:48:00      Credit One Bank,    Attn: Bankruptcy,
                Po Box 98873,    Las Vegas, NV 89193-8873
517816565      EDI: DISCOVER.COM May 23 2019 03:48:00      Discover Financial,    Po Box 15316,
                Wilmington, DE 19850
517831175      EDI: DISCOVER.COM May 23 2019 03:48:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
517917323      E-mail/Text: ar@figadvisors.com May 23 2019 00:15:24
                FIG as Custodian for FIG NJ18, LLC and Secured Par,    PO Box 54472,
                New Orleans Louisiana 70154-4472
517816567     +EDI: PHINGENESIS May 23 2019 03:48:00      Mabt - Genesis Retail,    Bankcard Services,
                Po Box 4477,    Beaverton, OR 97076-4401
517916294      EDI: PRA.COM May 23 2019 03:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541
517816569      EDI: PRA.COM May 23 2019 03:48:00      Portfolio Recovery,    Po Box 41021,
                Norfolk, VA 23541-1021
517832980      EDI: Q3G.COM May 23 2019 03:48:00      Quantum3 Group LLC as agent for,    Aqua Finance,
                PO Box 788,    Kirkland, WA  98083-0788
517918791     +E-mail/Text: bankruptcyteam@quickenloans.com May 23 2019 00:15:21     Quicken Loans Inc.,
                635 Woodward, Avenue,    Detroit, MI 48226-3408
517816572     +EDI: DRIV.COM May 23 2019 03:48:00      Santander Consumer USA,    Santander Consumer USA,
                Po Box 961245,    Fort Worth, TX 76161-0244
517818526     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517816574     +EDI: RMSC.COM May 23 2019 03:48:00      Synchrony Bank/Walmart,    Attn:  Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
517925779     +EDI: AIS.COM May 23 2019 03:48:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Quicken Loans, Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
517816564     ##+Cumberland County Prob,    Po Box 636,    Bridgeton, NJ 08302-0438
517816573     ##+Susquehanna Bank Pa,    13511 Label Ln,    Hagerstown, MD 21740-2466
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 22, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Eric N. Gandy andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```